```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
NATIONAL RETAIL FEDERATION,             :
                                        :
      Plaintiff,                        :
                                        :          25-cv-05500 (JSR)
         -v-                            :
                                        :
LETITIA JAMES, in her official          :
capacity as Attorney General of         :
New York.                               :
                                        :
      Defendant.                        :
---------------------------------------x
```

ORDER

JED S. RAKOFF, U.S.D.J.

In connection with the parties' application to set a joint briefing schedule for a motion for a preliminary injunction and a motion to dismiss, the Court sets the following deadlines for both motions:

- Moving papers due by 5:00PM on July 28, 2025;
- Answering papers due by 5:00PM on August 18, 2025;
- Reply papers due by 5:00PM on August 28, 2025.

Oral argument on both motions will be held on September 4, 2025, at 2:00PM in Courtroom 14B, 500 Pear Street, New York, New York.

Separately, the Court permits defendant to file a letter reflecting that the State of New York agrees not to enforce the statute at issue in this case until the Court rules on the aforesaid motions.

-2-

Dated:   New York, NY                              _____
                                                   JED S. RAKOFF, U.S.D.J.
         July 10, 2025