

**Office of the New York State Attorney General**

**Letitia James Attorney General**

July 14, 2025

**By ECF**
Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *National Retail Federation v. James*, SDNY No. 25-cv-5500 (JSR)

Dear Judge Rakoff:

      I am an attorney in the Office of the New York State Attorney General ("OAG"). Plaintiff National Retail Federation ("Plaintiff") filed the above-captioned action on July 2, 2025, and named Attorney General Letitia James ("AG James") as a defendant in her official capacity.[1] Pursuant to the Court's July 10, 2025 Order (ECF No. 13), I write to confirm that OAG agrees to a general stay of enforcement of the Algorithmic Pricing Disclosure Act, codified in N.Y. General Business Law § 349-a, until thirty days after this Court's final order on Plaintiff's motion for a preliminary injunction. In addition, OAG agrees to not retroactively enforce any provision of N.Y. General Business Law § 349-a for any alleged violation that occurs before the end of the thirty-day period.

      Thank you for time and consideration of this matter.

      Respectfully submitted,

      /s/
      Yuval Rubinstein
      Special Litigation Counsel
      (212) 416-8673
      yuval.rubinstein@ag.ny.gov

cc:    All Counsel of Record (via ECF)

---

[1] Upon a review of the docket, the summons has not been issued as of this date, and service has not been effectuated upon AG James.