UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RETAIL FEDERATION,<br><br>                                Plaintiff,<br><br>    - against -<br><br>LETITIA JAMES, in her official capacity as Attorney General of New York,<br><br>                                Defendant. | Case No. 1:25-cv-5500-JSR<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, dated July 28, 2025, and all other prior pleadings and proceedings herein, defendant Letitia James, New York State Attorney General, hereby moves this Court before the Honorable Jed S. Rakoff, United States District Judge, at the United States District Courthouse, 500 Pearl Street, New York, New York, 10007, on September 10, 2025 at 4:00 p.m., for an Order dismissing with prejudice the Complaint (ECF No. 8) pursuant to Rule 12(b)(6) of the Federal Rule of Civil Procedure for failure to state a claim, and for such further relief as this Court deems just and proper; pursuant to the Court's July 10, 2025 Scheduling Order (ECF No. 13), Plaintiff's opposition papers must be served and filed on or before August 18, 2025 at 5:00 p.m., and Defendant's reply must be served and filed on or before August 28, 2025 at 5:00 p.m.

1

Dated: July 28, 2025
      New York, New York

                                        Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
By:

 /s/_____
Yuval Rubinstein
Special Litigation Counsel
28 Liberty Street
New York, New York 10005
(212) 416-8673
yuval.rubinstein@ag.ny.gov