**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NATIONAL RETAIL FEDERATION,

                Plaintiff,

-against-                            25 **CIVIL** 5500 (JSR)

## JUDGMENT

LETITIA JAMES, in her official capacity as
Attorney General of New York,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 8, 2025, plaintiff has not plausibly alleged that the challenged disclosure requirement violates the First Amendment. Thus, plaintiff also cannot demonstrate an entitlement to preliminary injunction relief. Defendant's motion to dismiss, ECF No. 20, is GRANTED and plaintiff's claims are DISMISSED with prejudice. The motion for a preliminary injunction, ECF No. 9, is DISMISSED as moot; accordingly, the case is closed.

**Dated:** New York, New York

      October 9, 2025

                                                          **TAMMI M. HELLWIG**
                                                          _____
                                                               **Clerk of Court**

                  **BY:**      *K. Mango*
                                                     _____
                                                               **Deputy Clerk**