UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

NATIONAL RETAIL FEDERATION,

            Plaintiff,

         - against -              Case No. 1:25-cv-05500

LETITIA JAMES, in her official capacity as
Attorney General of New York,

            Defendant.

---------------------------------------------------------------- x

## <u>NOTICE OF APPEAL</u>

       Notice is hereby given that National Retail Federation, Plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated and entered on October 8, 2025 (ECF No. 44) that granted Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: October 31, 2025

                        Respectfully submitted,

                        By: /s/      *Ambika Kumar*
                             Ambika Kumar

Adam S. Sieff (*pro hac vice*)
Joseph Elie-Meyers (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3487
Tel: (213) 633-6800
adamsieff@dwt.com
josepheliemeyers@dwt.com

David M. Gossett (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Tel: (202) 973-4200
davidgossett@dwt.com

Ambika Kumar (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
ambikakumar@dwt.com

Nimra H. Azmi (NY Bar # 5466693)
Alexandra Perloff-Giles (NY Bar # 5686944)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230
alexandraperloffgiles@dwt.com

*Attorneys for Plaintiff National Retail Federation*